# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

STEPHEN L. GRANT,

               Plaintiff,

v.

RICHARD HEIDORN, DR. PAUL SUMNICHT, and MARY SAUVEY,

               Defendants.

Case No. 17-CV-1084-JPS

**ORDER**

On August 7, 2017, Plaintiff, a prisoner, filed this action *pro se*. (Docket #1). On August 14, 2017, the Court ordered Plaintiff to either pay the filing fee in full or submit an application for leave to proceed *in forma pauperis*. (Docket #5). Plaintiff did neither. Instead, he filed a notice of voluntary dismissal on August 22, 2017, stating that he plans to re-file his complaint once he exhausts his prison administrative remedies as to some additional claims. (Docket #6). The Court will adopt Plaintiff's notice and dismiss this case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of dismissal (Docket #6) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice**.

Dated at Milwaukee, Wisconsin, this 22nd day of August, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge